437 A.2d 1029

Commonwealth v. Young, Appellant.

Submitted February 2, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

437 A.2d 1030

Goss, Jr. v. Goss, Appellant.

Argued February 2, 1981. Charles A. Schneider, for appellant; Kenneth C. Myers, submitted a brief on behalf of appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.